**CEIVA LOGIC, INC., Plaintiff–Appellant,**

v.

**FRAME MEDIA, INC., Defendant–Appellee,**

and

**Digital Spectrum Solutions, Inc., Defendant–Appellee,**

and

**Does 1–10, inclusive, Defendant.**

**No. 2009–1448.**

United States Court of Appeals, Federal Circuit.

May 5, 2010.

Gary A. Hecker, The Hecker Law Group, of Los Angeles, CA, argued for plaintiff-appellant. With him on the brief was James M. Slominski.

Allen S. Rugg, Wolf, Greenfield & Sacks, P.C., of Boston, MA, argued for all defendants-appellees. With him on the brief for Frame Media, Inc., were James J. Foster and Hunter D. Keeton. On the brief for Digital Spectrum Solutions, Inc., were Robert D. Fish and Andrew Mar, Fish & Associates, P.C., of Irvine, CA.

MAYER, GAJARSA, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.